■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN SCOTT LORENZO, Appellant. [17 NYS3d 334]—Motion for

writ of error coram nobis denied. Present—Smith, J.P., Centra, Lindley, Valentino and DeJoseph, JJ.